UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISHAL VISHAL,

Petitioner,

v.

TONYA ANDREWS,

Respondent.

No.  1:26-cv-00111-KES-SKO (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

[THIRTY DAY DEADLINE]

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a petition for writ of habeas corpus challenging his detention by the United States Department of Homeland Security ("DHS").

Petitioner entered the United States on or about January 4, 2023. He was paroled into the United States and given notice to appear to his first immigration court hearing on December 6, 2023. Since then, Petitioner has been residing in the United States and has attended all hearings and meetings with DHS.  On September 11, 2025, during a routine check-in with DHS, Petitioner was taken into custody pursuant to new DHS policy determining that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2).  Petitioner contends that his re-detention is unlawful because DHS did not provide him with prior notice of his parole revocation.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4,

1

Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1.    Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

2.    Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:    **January 13, 2026**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

2